and *Lee A. Jackson* for the United States.

No. 688. PETTINGILL v. FULLER. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Florence E. Moore* for petitioner. *Mr. John W. Redmond* for respondent.

No. 691. SOUTHERN PACIFIC Co. v. SHERMAN, ADMINISTRATRIX. March 4, 1940. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, denied. *Mr. Arthur B. Dunne* for petitioner. *Mr. Louis E. Goodman* for respondent.

No. 735. GORDON ET AL. v. WIRTZ ET AL. See *ante,* p. 630.

No. 669. McDONALD v. NEW YORK. March 11, 1940. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *George McDonald, pro se.*

No. 679. BUCKNER ET AL. v. UNITED STATES. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Moses Polakoff* for petitioners. *Solicitor General Biddle, Assistant Attorney General Roaae.* and *Messrs.*